

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-27-2015

# USA v. Anna Mudrova

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"USA v. Anna Mudrova" (2015). *2015 Decisions*. Paper 799.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/799

This July is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 14-3580
_____

UNITED STATES OF AMERICA

v.

ANNA MUDROVA,
Appellant
_____

ORDER AMENDING OPINION
_____


The opinion and judgment filed July 23, 2015 shall be amended to reflect the correct District Judge, the Honorable Juan R. Sanchez.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: July 27, 2015
CJG/cc:     Thomas D. Kenny, Esq.
            Mary Beth Leahy, Esq.